# United States Court of Appeals for the Federal Circuit

---

April 25, 2025

**ERRATA**

---

Appeal No. 2023-1661

**OMAN FASTENERS, LLC,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant*

**MID CONTINENT STEEL & WIRE, INC.,**
*Defendant-Appellant*

---

Decided:  January 7, 2025
Precedential Opinion

---

Please make the following change:

On page 32, line 28, remove "**[A37–38]**"